B198— Summons with notice, Supreme Court, personal or substituted service. 12 pt. type, 4-94

© 1993 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

**Supreme Court of the State of New York**
**County of** ORANGE

ROD EDDIE, PAULA EDDIE and
McCLINTOCK REALTY,

*Plaintiff(s)*

against

SCOTTSDALE INSURANCE COMPANY,

*Defendant(s)*

Index No. 2007-2507
Date purchased

Plaintiff(s) designate(s)
Orange
County as the place of trial.

The basis of the venue is
plaintiff's residence

**Summons**

Plaintiff(s) reside(s) at
32 Walnut Street
New Windsor, NY 12553
County of Orange

RECEIVED
APR 16 2007
CLAIMS LEGAL

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, March 21, 2007

Defendant's address:
One Nationwide Plaza
Columbus, Ohio 43215

BASCH & KEEGAN, LLP

Attorney(s) for Plaintiff

Office and Post Office Address
307 Clinton Avenue
P.O. Box 4235
Kingston, New York 12402
Tel: (845) 338-8884

**Notice:** The nature of this action is

The relief sought is

Upon your failure to appear, judgment will be taken against you by default for the sum of $          with interest from                              and the costs of this action.

ORIGINAL FILED

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ORANGE

---

ROD EDDIE, PAULA EDDIE and
McCLINTOCK REALTY, INC.,

**2007-2507**

Plaintiffs,

-against-

**RECEIVED**

SCOTTSDALE INSURANCE COMPANY,

**APR 1 6 2007**

Defendant.

**CLAIMS LEGAL**

---

**COMPLAINT**

**Index No.: 07-**

The plaintiffs, as and for their complaint, complaining of the defendant, do hereby respectfully allege and show to the Court the following:

FIRST: That at all times hereinafter alleged, the plaintiffs, Rodney Eddie and Paul Eddie, resided at 32 Walnut Street, New Windsor, Orange County, New York, 12553.

SECOND: That at all times hereinafter alleged, McClintock Realty Inc., was a New York corporation, with its office or principle place of business at 1057 State Road, Walden, Orange County, New York, 12586.

THIRD: That at all times hereinafter alleged, the defendant was an insurance company, with an office or principle place of business at One Nationwide Plaza, Columbus, Ohio, 43215.

FOURTH: That prior to August 1, 2006, the plaintiffs purchased a policy of insurance from the defendant, said policy number DFS0561603.

FIFTH: That for good and valuable consideration the defendant agreed to insure the property for, among other things, loss in the event of fire.

SIXTH: That on or about August 8, 2006, property owned by the plaintiffs was destroyed and damaged by fire.

SEVENTH: That subsequent to such time, the plaintiff filed a claim against the defendant.

EIGHTH: That the plaintiff's premises had suffered damages including destruction of the premises and demolishing expenses for the preservation of the remains that equaled or exceeded the value of the insurance on the said property. The damages being estimated at THREE HUNDRED FORTY TWO THOUSAND FOUR HUNDRED SIXTY FOUR DOLLARS, ($342,464.00), with the demolition costs in excess of TWENTY THOUSAND DOLLARS, ($20,000.00).

NINTH: That the plaintiff has made claim upon the said property, has complied with the requests of the defendant, and was denied the said claim by letter dated January 8, 2007, a copy of which is attached.

TENTH: That the plaintiffs are entitled to be compensated for their loss in an amount not to exceed FOUR HUNDRED THOUSAND DOLLARS, ($400,000.00) up to the amount of the policy, together with interests, costs and disbursements.

WHEREFORE, the plaintiffs demand judgment against the defendant in the amount not to exceed FOUR HUNDRED THOUSAND DOLLARS, ($400,000.00); together with the costs and disbursements of this action; reasonable attorney's fees; interest; or as the law shall provide at the time of rendition of the verdict.

Dated:   March 21, 2007
         Kingston, New York

                    Yours etc.,

                    _____
                    ELI B. BASCH, ESQ.
                    BASCH & KEEGAN, LLP
                    Attorneys for Plaintiffs
                    Office and P.O. Address
                    307 Clinton Avenue
                    P.O. Box 4235
                    Kingston, New York 12402
                    Tele:  (845) 338-8884

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

APR 1 9 2007

STATE OF NEW YORK
Supreme Court, County of Orange

..................................................................................

Rod Eddie, Paula Eddie and McClintock Realty

            against          Plaintiff(s)

Scottsdale Insurance Company

                               Defendant(s)

2007-2507

RECEIVED

APR 1 6 2007

CLAIMS LEGAL

..................................................................................

RE : Scottsdale Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons in the above entitled action on April 3, 2007 at Albany, New York. The $40 fee is also acknowledged.
Pursuant to section 1213 of the Insurance Law,
said process is being forwarded to Defendant at its last known principal place of business. Defendant is not authorized to do business in this state and you are advised that,
while such service is accepted and being forwarded to the company,
it is your duty to determine whether this is a proper service under section 1213 of the Insurance Law.

Original to Attorney for Plaintiff(s) :

    Basch & Keegan, LLP
    307 Clinton Avenue
    P.O. Box 4235
    Kingston, New York 12402

Pursuant to the requirement of section 1213 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    Legal Department
    Scottsdale Insurance Company
    One Nationwide Plaza
    Columbus, Ohio 43215

*Salvatore Castiglione*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, April 04, 2007
Defendant letter was certified at the Albany Post Office on Thursday,
April 05, 2007 at 1:30 P.M. by Cynthia LaPoint
410903    C.A.#184286

Index No.                                    Year

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ORANGE

ROD EDDIE, PAULA EDDIE and McCLINTOCK REALTY, INC.,

           Plaintiffs,

-against-

SCOTTSDALE INSURANCE COMPANY,

           Defendant.

## SUMMONS & COMPLAINT

Signature (Rule 130-1.1-a)

Print name beneath

**BASCH & KEEGAN, LLP**
*Attorneys for Plaintiff*
*Office and Post Office Address, Telephone*
307 Clinton Avenue
PO BOX 4235
KINGSTON, NEW YORK 12402
ULSTER COUNTY
845-338-8884

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

Attorney(s) for

1500 — Blumberg Excelsior Inc., NYC 10013

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,
  Yours, etc.

**BASCH & KEEGAN, LLP**
*Attorneys for Plaintiff*
*Office and Post Office Address*
307 Clinton Avenue
PO BOX 4235
KINGSTON, NEW YORK 12402
ULSTER COUNTY

To

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at

on
at  M.
Dated,
  Yours, etc.

**BASCH & KEEGAN, LLP**
*Attorneys for Plaintiff*
*Office and Post Office Address*
307 Clinton Avenue
PO BOX 4235
KINGSTON, NEW YORK 12402
ULSTER COUNTY

To

Attorney(s) for