

## Business Information

| Business Name | Charter / Registration Number | Type | Original Filing Date | Status | Expiration Date | Location / County / State | Agent / Contact Info | Business Filing Info | Prior Business Name Info |
|---|---|---|---|---|---|---|---|---|---|
| SCOTTSDALE INSURANCE AGENCY, INC. | 479081 | Corporation For Profit | Mar 22 1976 | Cancel | | Dayton Montgomery Ohio | Click for Details | Click for Details | Click for D |
| SCOTTSDALE INSURANCE COMPANY | 704061 | Corporation For Profit | Jun 30 1987 | Active | | Columbus Franklin Ohio | Click for Details | Click for Details | Click for D |

Back to Menu



| | HOME | CONSUMERS | INSURERS | PRODUCERS |

## SCOTTSDALE INSURANCE COMPANY

| | |
|---|---|
| Current Status: | **ACTIVE** |
| NAIC Company Code: | 41297 |

| | |
|---|---|
| Business Type: | PROPERTY & CASUALTY INSURER |
| Domicile Type: | FOREIGN |
| Domicile State: | OH |
| Arizona Admitted Date: | AUG 11, 1982 |

| | |
|---|---|
| Business Address: | P.O. BOX 4110<br>SCOTTSDALE, AZ 85261 |

| | |
|---|---|
| Business Phone: | (480) 365-4000 |
| Toll Free Phone: | (800) 423-7675 |

| | |
|---|---|
| Statutory Agent: | Pursuant to A.R.S. Sec. 20-222(A), provide duplicate copies of all documents being served along with the $15.00 prescribed by A.R.S. Sec. 20-167(A)(11) to:<br>DIRECTOR OF INSURANCE<br>2910 NORTH 44th STREET<br>2nd FLOOR<br>PHOENIX, AZ 85018<br>(602) 912-8400 |

### Financial Information as Reported for 2005

| | |
|---|---|
| Assets | $1,703,066,386 |
| Total Liabilities | $1,293,333,124 |
| Total Capital | $6,027,200 |
| Total Surplus | $403,706,062 |
| Arizona Premium | $18,080,101 |

| Authority | Effective Date |
|---|---|
| CASUALTY WITHOUT WORKER COMPENSATION | Aug 11, 1982 |
| MARINE AND TRANSPORTATION | Aug 11, 1982 |
| PROPERTY | Aug 11, 1982 |
| VEHICLE | Aug 11, 1982 |



Typographical and other errors may be present in the Department's databases. The Department of Insurance cannot attest to the accuracy of the data provided on this website. Data obtained from this website shall be used at the sole risk of the user. The Department of Insurance and the State of Arizona accept no liability and shall be held harmless by the user of the data contained on this website for any loss or damage that results from the use of the data.

[Home] [Consumers] [Insurers] [Producers]
[Privacy Statement]
[State of Arizona Homepage]



## CERTIFICATE OF SERVICE

I, Michelle Molino, certify that on April 30, 2007, I served a copy of a Notice of Removal via Certified Mail Return Receipt Requested to Counsel of Record as listed below:

BASCH & KEEGAN, LLP
307 Clinton Avenue
P.O. Box 4235
Kingston, New York 12402
Tel.: 845-338-8884

_____
Michelle Molino

Sworn to before me this
30th day of April 2007

_____
Notary Public

LISA J. BLACK, ESQ.
Notary Public, State Of New York
No. 02BL6022080
Qualified in Westchester County
Commission Expires March 22, 2011