UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROD EDDIE, PAULA EDDIE and McCLINTOCK
REALTY, INC.

                              Plaintiffs,           **RULE 7.1 STATEMENT**

    -against-

SCOTTSDALE INSURANCE COMPANY,

                              Defendant.
-----------------------------------------------------------------X

Civil Action No. 07 CV 3457

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Scottsdale Insurance Company (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. Nationwide Mutual Insurance Company (parent company).

2. National Casualty Company (affilliate company).

3. Scottsdale Indemnity Company (affiliate company).

4. Scottsdale Surplus Lines Insurance Company (affiliate company).

5. Western Heritage Insurance Company (sister company).

Dated: Hawthorne, New York
       April 30, 2007

                                    TRAUB EGLIN LIEBERMAN STRAUS LLP

                                    By: _____
                                       Meryl R. Lieberman (**ML 7317**)
                                       Mid-Westchester Executive Park
                                       Seven Skyline Drive
                                       Hawthorne, New York 10532
                                       T: (914) 347-2600
                                       F: (914) 347-8898

                                       Attorneys for Defendant
                                       SCOTTSDALE INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I, Christina Golino, certify that on April 30, 2007, I served a copy of a Rule 7.1 Statement via Certified Mail Return Receipt Requested to Counsel of Record as listed below:

BASCH & KEEGAN, LLP
307 Clinton Avenue
P.O. Box 4235
Kingston, New York 12402
Tel.: 845-338-8884

_____
Christina Golino

Sworn to before me this
30th day of April 2007

_____
Notary Public

CHRISTOPHER RUSSO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RU6128715
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JUNE 13, 20___