```
                       BUILDING ESTIMATE
                     DALAN ADJUSTMENT CORP.
                      21 NORTH PLANK ROAD
                       NEWBURGH, NY  12550

                                        DATE: 10/19/06
Estimate for: McCLINTOCK PROPERTIES INC.    FILE NO.: McCLINTOCK     (48)
              1067 ROUTE 52                 TYPE OF LOSS: FIRE
              WALDEN, NY 12518              DATE OF LOSS: 08/01/06
FINAL REPORT                                      PAGE:   1
-------------------------------------------------------------------------
    DESCRIPTION                        QTY      UNIT   U. COST   REPL COST
-------------------------------------------------------------------------

AREA: 1    FRAMING+INSULATION :

   REPLACE    1" SUBFLOOR              3250.00   SF     2.29      7442.50
   REPLACE    2X4 PLATES                355.00   BF     2.50       887.50
   REPLACE    2X4 STUDS                 885.00   BF     2.50      2212.50
   REPLACE    EXTERIOR SHEATHING       1740.00   SF     2.50      4350.00
   REPLACE    2X6 CEILING JOIST         696.00   BF     2.50      1740.00
   REPLACE    2X8 FLOOR JOIST           333.33   BF     2.50       833.32
   REPLACE    2X6 RAFTERS               975.00   BF     2.50      2437.50
   REPLACE     RIDGE BOARD              100.00   BF     2.86       286.00
   JACK/SHORE/BRACE                       1.00   EA  2400.00      2400.00
   SCAFFOLDING                            6.00   EA    92.95       557.70
   REPLACE    1" ROOF SHEATHING/LATH   2150.00   SF     2.50      5375.00
                                      ---------------------------------
                          AREA SUB TOTAL:                       28522.02

AREA: 2    TOP FLR.REAR KITCHEN : 13.90 X 9.00 X 7.90
OFFSET:( 2X 3) ,CLOSETS:( 1X 6)
   REPLACE    PLASTER CEIL/WOOD LATH    138.06   SF     8.59      1185.94
   PAINT      CEILING                   138.06   SF     0.73       100.78
   REPLACE    PLASTER WALLS             500.86   SF     7.48      3746.43
   PAINT      PAINT WALLS               500.86   SF     0.73       365.63
   REPLACE    1/2" PLYWOOD UNDERLAY     138.06   SF     1.69       233.32
   REPLACE    VINYL TILE FLOOR          138.06   SF     3.78       521.87
   REPLACE    PICTURE MOULD              63.40   LF     2.35       148.99
   REPLACE    2 MEMBER BASE TRIM         63.40   LF     2.10       133.14
   REPLACE    SHOE MOULD                 63.40   LF     1.26        79.88
   REPLACE    CUSTOM CASING               2.00   EA   195.96       391.92
   REPLACE    STANDARD CASED OPENING      1.00   EA   126.33       126.33
   REPLACE    CLOSET FITTINGS             2.00   EA    63.85       127.70
   REPLACE    PAINT/STAIN TRIM            1.00   LS   251.01       251.01
   REPLACE    WINDOW TRIM                 2.00   EA   104.59       209.18
   REPLACE    LARGE WOOD D/H DS WINDOW    2.00   EA   426.27       852.54
   PAINT      LARGE WOOD D/H DS WINDOW    2.00   EA    25.27        50.54
 * REPLACE    WOOD PANEL DOOR             1.00   EA   320.63       320.63
   REPLACE    PASSAGE SET                 1.00   EA    30.83        30.83
   REPLACE    OUTLET/SWITCH 110V/W RUN    5.00   EA    68.41       342.05
   REPLACE    2' FLUORESCENT LIGHT        2.00   EA    84.22       168.44
```

```
FINAL REPORT                                                  PAGE:    2
------------------------------------------------------------------------
  DESCRIPTION                        QTY      UNIT   U. COST   REPL COST
------------------------------------------------------------------------
  REPLACE   RADIATOR - CAST IRON      1.00    EA      353.16      353.16
  PAINT     RADIATOR - CAST IRON      1.00    EA       57.25       57.25
  REPLACE   BASE CABINETS             9.00    LF      231.08     2079.72
  REPLACE   FORMICA COUNTER TOP       5.00    LF       70.85      354.25
  REPLACE   12" SHELVING             32.00    LF        5.90      188.80
s REPLACE   ELECTRIC RANGE            1.00    EA      699.02      699.02
  REPLACE   WATER SUPPLY LINE         3.00    EA      126.33      378.99
  REPLACE   CAST IRON WASTE LINE      1.00    EA      264.87      264.87
  SPRAY SEAL FRAMING                  1.00    LS      485.05      485.05
                                   ----------------------------------
                         AREA SUB TOTAL:                       14248.26

AREA: 3    TOP HALL : 2.40 X 8.00 X 7.90
OFFSET:( , 2X 4)
  REPLACE   PLASTER CEIL/WOOD LATH   27.20    SF        8.59      233.65
  PAINT CEILING                      27.20    SF        0.73       19.86
  REPLACE   PLASTER WALLS/WOOD LATH 227.52    SF        8.59     1954.40
  PAINT WALLS                       227.52    SF        0.73      166.09
s REPLACE   CARPET PAD                3.02    SY        4.22       12.74
s REPLACE   CARPET                    3.02    SY       33.69      101.74
  REPLACE   2 MEMBER BASE TRIM       28.80    LF        2.10       60.48
  REPLACE   SHOE MOULD               28.80    LF        1.26       36.29
  REPLACE   CUSTOM CASING             3.00    EA      195.96      587.88
  REPLACE   STANDARD CASED OPENING    1.00    EA      126.33      126.33
  REPLACE   PAINT/STAIN TRIM          1.00    LS      251.01      251.01
  REPLACE   OUTLET/SWITCH 110V/W RUN  2.00    EA       68.41      136.82
  REPLACE   CHANDELIER                1.00    EA      227.40      227.40
  REPLACE   NEWEL POST                1.00    EA       84.22       84.22
  SPRAY SEAL FRAMING                  1.00    LS      272.50      272.50
                                   ----------------------------------
                         AREA SUB TOTAL:                        4271.41

AREA: 4    BATHROOM : 6.90 X 11.00 X 7.90
OFFSET:( 3X 3) ,CLOSETS:( 2X 6)
  REPLACE   PLASTER CEIL/WOOD LATH   93.61    SF        8.59      804.11
  PAINT CEILING                      93.61    SF        0.73       68.34
  REPLACE   PLASTER WALLS/WOOD LATH 421.86    SF        8.59     3623.78
  PAINT WALLS                       421.86    SF        0.73      307.96
  REPLACE   MARLITE PANELING        120.00    SF        2.10      252.00
s REPLACE   CARPET PAD               10.40    SY        4.22       43.89
s REPLACE   CARPET                   10.40    SY       33.69      350.38
  REPLACE   2 MEMBER BASE TRIM       53.40    LF        2.10      112.14
  REPLACE   SHOE MOULD               53.40    LF        1.26       67.28
  REPLACE   CUSTOM CASING             1.00    EA      195.96      195.96
  REPLACE   PAINT/STAIN TRIM          1.00    LS      251.01      251.01
  REPLACE   WINDOW TRIM               2.00    EA      104.59      209.18
  REPLACE   LARGE WOOD D/H DS WINDOW  2.00    EA      426.27      852.54
  PAINT     LARGE WOOD D/H DS WINDOW  2.00    EA       25.27       50.54
```

```
FINAL REPORT                                                    PAGE:    3
------------------------------------------------------------------------------
   DESCRIPTION                       QTY       UNIT    U. COST   REPL COST
------------------------------------------------------------------------------
   REPLACE    WOOD PANEL DOOR         1.00      EA      320.63      320.63
   REPLACE    PASSAGE SET             1.00      EA       30.83       30.83
   REPLACE    OUTLET/SWITCH 110V/W RUN 4.00     EA       68.41      273.64
   REPLACE    OUTLET W/WIRING 220V    1.00      EA       81.47       81.47
   REPLACE    STD. LIGHT FIXTURE      1.00      EA       75.80       75.80
   REMVE/IN   RADIATOR - CAST IRON    1.00      EA      141.91      141.91
   PAINT      RADIATOR - CAST IRON    1.00      EA       57.25       57.25
   REPLACE    MEDICINE CABINET        1.00      EA      109.48      109.48
   REPLACE    FAUCETS STD.            1.00      EA      304.11      304.11
   REPLACE    PEDISTAL SINK           1.00      EA      463.25      463.25
   REPLACE    WATER SUPPLY LINE       3.00      EA      126.33      378.99
   REPLACE    CAST IRON WASTE LINE    2.00      EA      210.54      421.08
   REPLACE    WATER CLOSET            1.00      EA      311.61      311.61
   REPLACE    CAST IRON BATH TUB      1.00      EA      834.94      834.94
   REPLACE    SHOWER VALVE ASSEMBLY   1.00      EA      401.83      401.83
   REPLACE    SHOWER HEAD             1.00      EA      183.85      183.85
   SPRAY SEAL FRAMING                 1.00      LS      195.96      195.96
                                                   ---------------------------
                            AREA SUB TOTAL:                       11775.74

AREA: 5    CENTER HALL : 11.00 X 5.40 X 8.00
OFFSET:( 5X 4)
   REPLACE    PLASTER CEIL/WOOD LATH 76.20      SF        8.59      654.56
   PAINT CEILING                     76.20      SF        0.73       55.63
   REPLACE    PLASTER WALLS/WOOD LATH 318.40    SF        8.59     2735.06
   PAINT WALLS                       318.40     SF        0.73      232.43
 s REPLACE    CARPET PAD              8.47      SY        4.22       35.74
 s REPLACE    CARPET                  8.47      SY       33.69      285.35
   REPLACE    2 MEMBER BASE TRIM     39.80      LF        2.10       83.58
   REPLACE    SHOE MOULD             39.80      LF        1.26       50.15
   REPLACE    CUSTOM CASING           2.00      EA      195.96      391.92
   REPLACE    STANDARD CASED OPENING  1.00      EA      126.33      126.33
   REPLACE    PAINT/STAIN TRIM        1.00      LS      251.01      251.01
   REPLACE    WOOD PANEL DOOR         1.00      EA      320.63      320.63
   REPLACE    PASSAGE SET             1.00      EA       30.83       30.83
   REPLACE    OUTLET/SWITCH 110V/W RUN 3.00     EA       68.41      205.23
   REPLACE    COMPLETE DOOR BELL      1.00      EA      101.06      101.06
   REPLACE    STD. LIGHT FIXTURE      1.00      EA       75.80       75.80
   SPRAY SEAL FRAMING                 1.00      LS      272.50      272.50
                                                   ---------------------------
                            AREA SUB TOTAL:                        5907.81

AREA: 6    REAR CENTER BEDROOM : 11.00 X 9.20 X 8.00
  ,CLOSETS:( 2X 5)
   REPLACE    PLASTER CEIL/WOOD LATH 111.20     SF        8.59      955.21
   PAINT CEILING                     111.20     SF        0.73       81.18
   REPLACE    PLASTER WALLS/WOOD LATH 403.20    SF        8.59     3463.49
   PAINT WALLS                       403.20     SF        0.73      294.34
```

```
FINAL REPORT                                                    PAGE:    4
-------------------------------------------------------------------------------
   DESCRIPTION                           QTY       UNIT   U. COST   REPL COST
-------------------------------------------------------------------------------
s  REPLACE   CARPET                      12.36     SY       33.69      416.41
   REPLACE   2 MEMBER BASE TRIM          50.40     LF        2.10      105.84
   REPLACE   SHOE MOULD                  50.40     LF        1.26       63.50
   REPLACE   CUSTOM CASING                2.00     EA      195.96      391.92
   REPLACE   PAINT/STAIN TRIM             1.00     LS      251.01      251.01
   REPLACE   WINDOW TRIM                  1.00     EA      104.59      104.59
   REPLACE   LARGE WOOD D/H DS WINDOW     1.00     EA      426.27      426.27
   PAINT     LARGE WOOD D/H DS WINDOW     1.00     EA       25.27       25.27
   REPLACE   WOOD PANEL DOOR              2.00     EA      320.63      641.26
   REPLACE   PASSAGE SET                  2.00     EA       30.83       61.66
   REPLACE   OUTLET/SWITCH 110V/W RUN     5.00     EA       68.41      342.05
   REPLACE   CHANDELIER                   1.00     EA      227.40      227.40
   REPLACE   RADIATOR - CAST IRON         1.00     EA      463.25      463.25
   PAINT     RADIATOR - CAST IRON         1.00     EA       57.25       57.25
   REPLACE   CAST IRON LINE               2.00     EA      210.54      421.08
                                        -----------------------------------------
                          AREA SUB TOTAL:                             8792.98

AREA: 7    REAR LEFT BEDROOM : 12.30 X 12.90 X 8.00
OFFSET:( 2X10) ,CLOSETS:( 4X 4)
   REPLACE   PLASTER CEIL/WOOD LATH     194.27     SF        8.59     1668.78
   PAINT CEILING                        194.27     SF        0.73      141.82
   REPLACE   PLASTER WALLS/WOOD LATH    627.20     SF        8.59     5387.65
   PAINT WALLS                          627.20     SF        0.73      457.86
s  REPLACE   CARPET PAD                  21.59     SY        4.22       91.11
s  REPLACE   CARPET                      21.59     SY       33.69      727.37
   REPLACE   PICTURE MOULD               78.40     LF        2.35      184.24
   REPLACE   2 MEMBER BASE TRIM          78.40     LF        2.10      164.64
   REPLACE   SHOE MOULD                  78.40     LF        1.26       98.78
   REPLACE   PAINT/STAIN TRIM             1.00     LS      251.01      251.01
   REPLACE   WINDOW TRIM                  2.00     EA      104.59      209.18
   REPLACE   LARGE WOOD D/H DS WINDOW     2.00     EA      426.27      852.54
   PAINT     LARGE WOOD D/H DS WINDOW     2.00     EA       25.27       50.54
   REPLACE   WOOD PANEL DOOR              2.00     EA      320.63      641.26
   REPLACE   PASSAGE SET                  2.00     EA       30.83       61.66
   REPLACE   OUTLET/SWITCH 110V/W RUN     5.00     EA       68.41      342.05
   REPLACE   STD. LIGHT FIXTURE           1.00     EA       75.80       75.80
   REPLACE   RADIATOR - CAST IRON         1.00     EA      376.05      376.05
   PAINT     RADIATOR - CAST IRON         1.00     EA       57.25       57.25
                                        -----------------------------------------
                          AREA SUB TOTAL:                            11839.59

AREA: 8    LIVINGROOM : 12.00 X 12.30 X 8.00

   REPLACE   PLASTER CEIL/WOOD LATH     147.60     SF        8.59     1267.88
   PAINT CEILING                        147.60     SF        0.73      107.75
   REPLACE   PLASTER WALLS/WOOD LATH    388.80     SF        8.59     3339.79
   PAINT WALLS                          388.80     SF        0.73      283.82
```

```
FINAL REPORT                                                        PAGE:    5
--------------------------------------------------------------------------------
       DESCRIPTION                        QTY      UNIT   U. COST    REPL COST
--------------------------------------------------------------------------------
s REPLACE   CARPET PAD                    16.40    SY        4.22        69.21
s REPLACE   CARPET                        16.40    SY       33.69       552.52
  REPLACE   PICTURE MOULD                 48.60    LF        2.35       114.21
  REPLACE   2 MEMBER BASE TRIM            48.60    LF        2.10       102.06
  REPLACE   SHOE MOULD                    48.60    LF        1.26        61.24
  REPLACE   CUSTOM CASING                  2.00    EA      195.96       391.92
  REPLACE   PAINT/STAIN TRIM               1.00    LS      251.01       251.01
  REPLACE   WINDOW TRIM                    2.00    EA      104.59       209.18
  REPLACE   LARGE WOOD D/H DS WINDOW       2.00    EA      426.27       852.54
  PAINT     LARGE WOOD D/H DS WINDOW       2.00    EA       25.27        50.54
  REPLACE   WOOD PANEL DOOR                1.00    EA      320.63       320.63
  REPLACE   PASSAGE SET                    1.00    EA       30.83        30.83
  REPLACE   OUTLET/SWITCH 110V/W RUN       3.00    EA       68.41       205.23
  REPLACE   CEILING FAN                    1.00    EA      388.04       388.04
  SPRAY SEAL FRAMING                       1.00    LS      272.50       272.50
                                                    ----------------------------
                            AREA SUB TOTAL:                            8870.90

AREA: 9    SITTING ROOM : 11.00 X 6.60 X 8.00

  REPLACE   SHEETROCK CEILING             72.60    SF        1.61       116.89
  PAINT CEILING                           72.60    SF        0.73        53.00
  REPLACE   FURRING STRIPS                72.60    SF        1.14        82.76
  REPLACE   PLASTER WALLS/WOOD LATH      281.60    SF        8.59      2418.94
  PAINT WALLS                            281.60    SF        0.73       205.57
  REPLACE   1 MEMBER BASE TRIM            35.20    LF        3.08       108.42
  REPLACE   PAINT/STAIN TRIM               1.00    LS      251.01       251.01
  REPLACE   WINDOW TRIM                    1.00    EA      104.59       104.59
  REPLACE   LARGE WOOD D/H DS WINDOW       1.00    EA      426.27       426.27
  PAINT     LARGE WOOD D/H DS WINDOW       1.00    EA       25.27        25.27
  REPLACE   WOOD PANEL DOOR                1.00    EA      320.63       320.63
  REPLACE   PASSAGE SET                    1.00    EA       30.83        30.83
  REPLACE   OUTLET/SWITCH 110V/W RUN       1.00    EA       68.41        68.41
  REMVE/IN  RADIATOR - CAST IRON           1.00    EA      141.91       141.91
  PAINT     RADIATOR - CAST IRON           1.00    EA       57.25        57.25
  SPRAY SEAL FRAMING                       1.00    LS      195.96       195.96
                                                    ----------------------------
                            AREA SUB TOTAL:                            4607.71

AREA: 10   ATTIC AREA :

  REPLACE   LARGE WOOD D/H DS WINDOW       1.00    EA      426.27       426.27
  REPLACE   OUTLET/SWITCH 110V/W RUN       3.00    EA       68.41       205.23
  REPLACE   STD. LIGHT FIXTURE             1.00    EA       75.80        75.80
  REPAIR    BRICK CHIMNEY                  1.00    LS      740.11       740.11
                                                    ----------------------------
                            AREA SUB TOTAL:                            1447.41

AREA: 11   BLUE ATTIC ROOM : 9.00 X 10.50 X 6.40

  REPLACE   WAINSCOT CEILING+WALLS       345.00    SF        5.30      1828.50
```

```
FINAL REPORT                                                    PAGE:    6
-------------------------------------------------------------------------------
  DESCRIPTION                        QTY      UNIT   U. COST  REPL COST
-------------------------------------------------------------------------------
  PAINT      WAINSCOT CEILING+WALLS    345.00   SF     0.68       234.60
  REPLACE    1/2" PLYWOOD UNDERLAY      94.50   SF     1.69       159.71
  REPLACE    VINYL SHEET FLOOR          94.50   SF     3.37       318.47
  REPLACE    WOOD D/H DS WINDOW          1.00   EA   191.84       191.84
  PAINT      WOOD D/H DS WINDOW          1.00   EA    25.27        25.27
  REPLACE    OUTLET/SWITCH 110V/W RUN    2.00   EA    68.41       136.82
  REPLACE    STD. LIGHT FIXTURE          1.00   EA    75.80        75.80
                                      ---------------------------------------
                           AREA SUB TOTAL:                        2971.01

AREA: 12    LEFT CENTER ROOM : 10.00 X 8.90 X 6.90

  REPLACE    WAINSCOT CEILING+WALLS    260.82   SF     5.30      1382.35
  PAINT      WAINSCOT CEILING+WALLS    260.82   SF     0.68       177.36
  REPLACE    1/2" PLYWOOD UNDERLAY      89.00   SF     1.69       150.41
  REPLACE    VINYL SHEET FLOOR          89.00   SF     3.37       299.93
  REPLACE    WOOD D/H DS WINDOW          1.00   EA   191.84       191.84
  PAINT      WOOD D/H DS WINDOW          1.00   EA    25.27        25.27
  REPLACE    OUTLET/SWITCH 110V/W RUN    2.00   EA    68.41       136.82
  REPLACE    STD. LIGHT FIXTURE          1.00   EA    75.80        75.80
                                      ---------------------------------------
                           AREA SUB TOTAL:                        2439.78

AREA: 13    ATTIC STAIRS DOWN : 7.00 X 2.40 X 7.00

  PAINT WALLS                          131.60   SF     0.73        96.07
  REPLACE    ATTIC TYPE STAIR           10.00   TR    52.32       523.20
                                      ---------------------------------------
                           AREA SUB TOTAL:                         619.27

AREA: 14    LOWER STAIRS HALL : 5.70 X 5.50 X 10.00

  REPLACE    PLASTER CEILING            31.35   SF     7.48       234.50
  PAINT CEILING                         31.35   SF     0.73        22.89
  REPLACE    PLASTER WALLS/WOOD LATH   224.00   SF     8.59      1924.16
  PAINT WALLS                          224.00   SF     0.73       163.52
  REPLACE    OAK LANDING                14.00   SF     7.82       109.48
  REFINISH   OAK LANDING                12.00   SF     3.30        39.60
  REPLACE    PICTURE MOULD              22.40   LF     2.35        52.64
  REPLACE    INTERIOR DOOR UNIT          1.00   EA   274.12       274.12
  REPLACE    PASSAGE SET                 1.00   EA    30.83        30.83
  REPLACE    OUTLET/SWITCH 110V/W RUN    1.00   EA    68.41        68.41
  REPLACE    STD. LIGHT FIXTURE          1.00   EA    75.80        75.80
  SPRAY SEAL FRAMING                     1.00   LS   245.25       245.25
                                      ---------------------------------------
                           AREA SUB TOTAL:                        3241.20

AREA: 15    FRONT ENTRY : 3.30 X 7.60 X 9.00
OFFSET:( , 3X 2)
  REPLACE    PLASTER CEIL/WOOD LATH     31.08   SF     8.59       266.98
```

```
FINAL REPORT                                                    PAGE:     7
------------------------------------------------------------------------------
     DESCRIPTION                          QTY       UNIT   U. COST   REPL COST
------------------------------------------------------------------------------
  PAINT     CEILING                       31.08     SF      0.73        22.69
  REPLACE   PLASTER WALLS/WOOD LATH      232.20     SF      8.59      1994.60
  PAINT     WALLS                        232.20     SF      0.73       169.51
  REPLACE   T&G OAK FLOOR                 31.08     SF      7.82       243.05
  REFINISH  T&G OAK FLOOR                 31.08     SF      3.30       102.56
  REPLACE   2 MEMBER BASE TRIM            25.80     LF      2.10        54.18
  REPLACE   STANDARD CASING                1.00     EA     49.43        49.43
  REPLACE   CUSTOM CASING                  1.00     EA    195.96       195.96
  REPLACE   PAINT/STAIN TRIM               1.00     LS    376.05       376.05
  REPLACE   PASSAGE SET                    1.00     EA     30.83        30.83
  REPLACE   DEADBOLT                       1.00     EA     84.22        84.22
  REPLACE   FRONT DOOR                     1.00     EA    421.10       421.10
  REPLACE   OUTLET/SWITCH 110V/W RUN       4.00     EA     68.41       273.64
  REPLACE   CHANDELIER                     1.00     EA    422.51       422.51
  SPRAY SEAL FRAMING                       1.00     LS    195.96       195.96
                                                      -----------------------
                               AREA SUB TOTAL:                        4903.27

AREA: 16    LIVINGROOM : 15.30 X 12.00 X 9.00

  REPLACE   PLASTER CEIL/WOOD LATH       183.60     SF      8.59      1577.12
  PAINT     CEILING                      183.60     SF      0.73       134.03
  REPLACE   PLASTER WALLS/WOOD LATH      491.40     SF      8.59      4221.13
  PAINT     WALLS                        491.40     SF      0.73       358.72
  REPLACE   T&G PLANK FLOOR              183.60     SF      7.82      1435.75
  REFINISH  T&G PLANK FLOOR              183.60     SF      3.30       605.88
  REPLACE   2 MEMBER BASE TRIM            54.60     LF      2.10       114.66
  REPLACE   SHOE MOULD                    54.60     LF      1.26        68.80
  REPLACE   CUSTOM CASING                  2.00     EA    195.96       391.92
  REPLACE   PAINT/STAIN TRIM               1.00     LS    360.01       360.01
  REPLACE   WINDOW TRIM                    3.00     EA    231.08       693.24
  EASE,FIT  AND PAINT WINDOW               3.00     EA    164.92       494.76
  REPLACE   WOOD PANEL DOOR                1.00     EA    320.63       320.63
  REPLACE   POCKET DOOR                    1.00     EA    456.30       456.30
  REPLACE   PASSAGE SET                    1.00     EA     30.83        30.83
  REPLACE   OUTLET/SWITCH 110V/W RUN       4.00     EA     68.41       273.64
  REPLACE   CHANDELIER                     1.00     EA    227.40       227.40
  REMVE/IN  RADIATOR - CAST IRON           1.00     EA    141.91       141.91
  PAINT     RADIATOR - CAST IRON           1.00     EA     57.25        57.25
  SPRAY SEAL FRAMING                       1.00     LS    376.05       376.05
                                                      -----------------------
                               AREA SUB TOTAL:                       12340.03

AREA: 17    DININGROOM : 12.30 X 14.60 X 9.00
OFFSET:( 4X 7)
  REPLACE   PLASTER CEIL/WOOD LATH       207.58     SF      8.59      1783.11
  PAINT     CEILING                      207.58     SF      0.73       151.53
  REPLACE   PLASTER WALLS/WOOD LATH      610.20     SF      8.59      5241.62
```

```
FINAL REPORT                                                    PAGE:    8
------------------------------------------------------------------------------
    DESCRIPTION                        QTY      UNIT   U. COST   REPL COST
------------------------------------------------------------------------------
    PAINT WALLS                        610.20   SF       0.73       445.45
    REPLACE   WOOD FLOOR               207.58   SF       7.82      1623.28
  s REPLACE   CARPET PAD                20.00   SY       4.22        84.40
  s REPLACE   CARPET                    20.00   SY      33.69       673.80
    REPLACE   2 MEMBER BASE TRIM        67.80   LF       2.10       142.38
    REPLACE   STANDARD CASING            1.00   EA      49.43        49.43
    REPLACE   CUSTOM CASING              2.00   EA     195.96       391.92
    REPLACE   DOUBLE CASED OPENING       1.00   EA     168.44       168.44
    REPLACE   PAINT/STAIN TRIM           1.00   LS     469.01       469.01
    REPLACE   WINDOW TRIM                4.00   EA     104.59       418.36
    EASE,FIT AND PAINT WINDOW            4.00   EA     164.92       659.68
    REPLACE   OUTLET/SWITCH 110V/W RUN   5.00   EA      68.41       342.05
    REPLACE   OUTLET W/WIRING 220V       1.00   EA      81.47        81.47
    REPLACE   CHANDELIER                 1.00   EA     227.40       227.40
    REPLACE   LOW VOLTAGE THERMOSTAT     1.00   EA     109.48       109.48
    REPLACE   CORNER HUTCH               1.00   EA    4125.65      4125.65
    SPRAY SEAL FRAMING                   1.00   LS     376.05       376.05
                                     -----------------------------------------
                        AREA SUB TOTAL:                            17564.51

AREA: 18    CENTER HALL : 4.40 X 8.70 X 9.00

    REPLACE   PLASTER CEIL/WOOD LATH    38.28   SF       8.59       328.83
    PAINT CEILING                       38.28   SF       0.73        27.94
    REPLACE   PLASTER WALLS/WOOD LATH  235.80   SF       8.59      2025.52
    PAINT WALLS                        235.80   SF       0.73       172.13
    REPLACE   T&G OAK FLOOR             38.28   SF       7.82       299.35
    REFINISH  T&G OAK FLOOR             38.28   SF       3.30       126.32
    REPLACE   STANDARD CASING            1.00   EA      49.43        49.43
    REPLACE   CUSTOM CASING              3.00   EA     195.96       587.88
    REPLACE   PAINT/STAIN TRIM           1.00   LS     251.01       251.01
    REPLACE   WOOD PANEL DOOR            1.00   EA     320.63       320.63
    REPLACE   PASSAGE SET                1.00   EA      30.83        30.83
    REPLACE   DEADBOLT                   1.00   EA      84.22        84.22
    REPLACE   OUTLET/SWITCH 110V/W RUN   3.00   EA      68.41       205.23
    SPRAY SEAL FRAMING                   1.00   LS     159.50       159.50
                                     -----------------------------------------
                        AREA SUB TOTAL:                             4668.82

AREA: 19    KITCHEN : 10.60 X 14.80 X 9.00

    REPLACE   PLASTER CEIL/WOOD LATH   156.88   SF       8.59      1347.60
    PAINT CEILING                      156.88   SF       0.73       114.52
    REPLACE   PLASTER WALLS/WOOD LATH  457.20   SF       8.59      3927.35
    PAINT WALLS                        457.20   SF       0.73       333.76
    REPLACE   WALLPAPER BORDER          50.00   SF       1.69        84.50
    REPLACE   1/2" PLYWOOD UNDERLAY    156.88   SF       1.69       265.13
    REPLACE   VINYL SHEET FLOOR        156.88   SF       3.37       528.69
```

```
FINAL REPORT                                                  PAGE:      9
------------------------------------------------------------------------------
    DESCRIPTION                         QTY      UNIT    U. COST   REPL COST
------------------------------------------------------------------------------
  REPLACE    CUSTOM CASING              3.00     EA      195.96      587.88
  REPLACE    DOUBLE CASED OPENING       1.00     EA      168.44      168.44
  REPLACE    PAINT/STAIN TRIM           1.00     LS      482.87      482.87
  REPLACE    WOOD PANEL DOOR            1.00     EA      320.63      320.63
  REPLACE    PASSAGE SET                1.00     EA       30.83       30.83
  REPLACE    DELUXE LIGHT FIXTURE       1.00     EA      210.54      210.54
  REPLACE    WALL LIGHT FIXTURE         1.00     EA       75.80       75.80
  REMVE/IN   RADIATOR - CAST IRON       1.00     EA      141.91      141.91
  PAINT      RADIATOR - CAST IRON       1.00     EA       57.25       57.25
  REPLACE    BASE CABINETS             10.00     LF      233.26     2332.60
  REPLACE    WALL CABINETS              9.60     LF      271.41     2605.54
  REPLACE    BUILT IN HUTCH             1.00     LS     4114.75     4114.75
  REFINISH   BUILT IN HUTCH             1.00     LS      490.50      490.50
  REPLACE    FORMICA COUNTER TOP       12.00     LF       64.31      771.72
s REPLACE    DUCTLESS RANGE HOOD        1.00     EA      294.77      294.77
  REPLACE    KITCHEN SINK S/S           1.00     EA      210.54      210.54
  REPLACE    FAUCETS STD.               1.00     EA      109.48      109.48
  SPRAY SEAL FRAMING                    1.00     LS      606.04      606.04
                                                      ------------------------
                           AREA SUB TOTAL:                         20213.64

AREA: 20    REAR PORCH : 17.00 X 9.70 X 8.00

  REPLACE    CEILING INSULATION       164.90     SF        1.09      179.74
  REPLACE    FURRING STRIPS           164.90     SF        1.14      187.99
  REPLACE    ACCOUSTIC TILE 12X12     164.90     SF        2.31      380.92
  REPLACE    V CUT 1X6 WALLS          427.20     SF        6.43     2746.90
  REFINISH   V CUT 1X6 WALLS          427.20     SF        0.85      363.12
  REPLACE    1/2" PLYWOOD UNDERLAY    164.90     SF        1.69      278.68
  REPLACE    VINYL SHEET FLOOR        164.90     SF        3.37      555.71
  REPLACE    CEILING MOULD             53.40     LF        2.35      125.49
  REPLACE    SHOE MOULD                53.40     LF        1.26       67.28
  REPLACE    PAINT/STAIN TRIM           1.00     LS      251.01      251.01
  REPLACE    WINDOW TRIM                6.00     EA      104.59      627.54
  EASE,FIT AND PAINT WINDOW             6.00     EA      164.92      989.52
  REPLACE    WOOD PANEL DOOR            2.00     EA      320.63      641.26
  REPLACE    PASSAGE SET                2.00     EA       30.83       61.66
  REPLACE    OUTLET/SWITCH 110V/W RUN  10.00     EA       68.41      684.10
  REPLACE    WALL LIGHT FIXTURE         2.00     EA       75.80      151.60
  REPLACE    LOW VOLTAGE THERMOSTAT     1.00     EA      109.48      109.48
  REMVE/IN   RADIATOR - CAST IRON       3.00     EA      141.91      425.73
  PAINT      RADIATOR - CAST IRON       3.00     EA       57.25      171.75
  SPRAY SEAL FRAMING                    1.00     LS      355.10      355.10
                                                      ------------------------
                           AREA SUB TOTAL:                          9354.58

AREA: 21    FRONT RIGHT BEDROOM : 8.00 X 11.60 X 8.00

  REPLACE    SHEETROCK CEILING         92.80     SF        1.61      149.41
```

```
FINAL REPORT                                                PAGE:    10
---------------------------------------------------------------------------
    DESCRIPTION                         QTY      UNIT   U. COST   REPL COST
---------------------------------------------------------------------------
    PAINT   CEILING                     92.80    SF        0.73       67.74
    REPLACE SHEETROCK WALL             313.60    SF        1.61      504.90
    PAINT   WALLS                      313.60    SF        0.73      228.93
  s REPLACE CARPET PAD                  10.31    SY        4.22       43.51
  s REPLACE CARPET                      10.31    SY       33.69      347.34
    REPLACE 2 MEMBER BASE TRIM          39.20    LF        2.10       82.32
    REPLACE CUSTOM CASING                1.00    EA      195.96      195.96
    REPLACE PAINT/STAIN TRIM             1.00    LS      251.01      251.01
    REPLACE WINDOW TRIM                  2.00    EA      104.59      209.18
    EASE,FIT AND PAINT WINDOW            2.00    EA      164.92      329.84
    REFIT DOOR                           1.00    EA       33.69       33.69
    REMVE/IN RADIATOR - CAST IRON        1.00    EA      141.91      141.91
    PAINT    RADIATOR - CAST IRON        1.00    EA       57.25       57.25
    SPRAY SEAL FRAMING                   1.00    LS      413.96      413.96
                                              ------------------------------
                         AREA SUB TOTAL:                             3056.95

AREA: 22    BATHROOM : 6.40 X 7.00 X 8.90

    REPLACE PLASTER CEIL/WOOD LATH      44.80    SF        8.59      384.83
    PAINT   CEILING                     44.80    SF        0.73       32.70
    REPLACE PLASTER WALLS/WOOD LATH    238.52    SF        8.59     2048.89
    PAINT   WALLS                      238.52    SF        0.73      174.12
    REPLACE 1/2" PLYWOOD UNDERLAY       44.80    SF        1.69       75.71
    REPLACE VINYL SHEET FLOOR           44.80    SF        3.37      150.98
    REPLACE WINDOW TRIM                  1.00    EA      104.59      104.59
    REPLACE LARGE WOOD D/H DS WINDOW     1.00    EA      426.27      426.27
    PAINT   LARGE WOOD D/H DS WINDOW     1.00    EA       25.27       25.27
    REPLACE WOOD PANEL DOOR              1.00    EA      320.63      320.63
    REPLACE PASSAGE SET                  1.00    EA       30.83       30.83
    REPLACE OUTLET/SWITCH 110V/W RUN     3.00    EA       68.41      205.23
    REPLACE STD. LIGHT FIXTURE           1.00    EA       75.80       75.80
    REMVE/IN RADIATOR - CAST IRON        1.00    EA      141.91      141.91
    PAINT    RADIATOR - CAST IRON        1.00    EA       57.25       57.25
    REPLACE MEDICINE CABINET             1.00    EA      109.48      109.48
    REPLACE PEDISTAL SINK                1.00    EA      411.70      411.70
    REPLACE WATER CLOSET                 1.00    EA      311.61      311.61
    REPLACE FIBERGLASS SHOWER            1.00    EA      631.64      631.64
    REPLACE SHOWER VALVE ASSEMBLY        1.00    EA      401.83      401.83
    REPLACE SHOWER HEAD                  1.00    EA      183.85      183.85
    SPRAY SEAL FRAMING                   1.00    LS      195.96      195.96
                                              ------------------------------
                         AREA SUB TOTAL:                             6501.08

AREA: 23    HALL PASSAGE : 9.50 X 5.00 X 9.80
OFFSET:( 3X 2, 3X 5) ,CLOSETS:( , 1X 3, 2X 5)
    PAINT   CEILING                     83.08    SF        0.73       60.65
    REPLACE PLASTER WALLS/WOOD LATH    589.96    SF        8.59     5067.76
```

```
FINAL REPORT                                                PAGE:   11
------------------------------------------------------------------------
   DESCRIPTION                       QTY     UNIT   U. COST   REPL COST
------------------------------------------------------------------------
   PAINT WALLS                       589.96   SF      0.73      430.67
   REPLACE   CLOSET FITTINGS           2.00   EA    140.61      281.22
   REPLACE   WOOD PANEL DOOR           3.00   EA    106.82      320.46
   REPLACE   STD. LIGHT FIXTURE        2.00   EA     75.80      151.60
   REPLACE   12" SHELVING             18.00   LF      5.90      106.20
   SPRAY SEAL FRAMING                  1.00   LS    159.50      159.50
                                                  ---------------------
                               AREA SUB TOTAL:               6578.06

AREA: 24   REAR BEDROOM : 11.50 X 13.00 X 9.00
  ,CLOSETS:( 2X 5)
   REPLACE   SHEETROCK CEILING       159.50   SF      1.61      256.80
   REPLACE   SUB PLASTER CEILING     159.50   SF      5.45      869.28
   PAINT CEILING                     159.50   SF      0.73      116.44
   REPLACE   PLASTER WALLS/WOOD LATH 531.00   SF      8.59     4561.29
   PAINT WALLS                       531.00   SF      0.73      387.63
   REPLACE   1/2" PLYWOOD UNDERLAY   159.50   SF      1.69      269.56
   REPLACE   VINYL SHEET FLOOR       159.50   SF      3.37      537.52
   REPLACE   CUSTOM CASING             3.00   EA    195.96      587.88
   REPLACE   WINDOW TRIM               1.00   EA    104.59      104.59
   REPLACE   LARGE WOOD D/H DS WINDOW  1.00   EA    426.27      426.27
   PAINT     LARGE WOOD D/H DS WINDOW  1.00   EA     25.27       25.27
   REPLACE   WOOD PANEL DOOR           1.00   EA    320.63      320.63
   REPLACE   OUTLET/SWITCH 110V/W RUN  5.00   EA     68.41      342.05
   REPLACE   STD. LIGHT FIXTURE        1.00   EA     75.80       75.80
   SPRAY SEAL FRAMING                  1.00   LS    225.00      225.00
                                                  ---------------------
                               AREA SUB TOTAL:               9106.01

AREA: 25   BASEMENT AREA :

   REPLACE   110V OUTLET W/BOX+WIRERUN 12.00  EA     71.50      858.00
   REPLACE   100 AMP SERVICE PANEL     2.00  EA    607.75     1215.50
   REPLACE   SGL. POLE CIRC. BREAKER  18.00  EA     25.74      463.32
   REPLACE   DBL. POLE CIRC. BREAKER   9.00  EA     32.89      296.01
   REPLACE   PORCELIN FIXTURE          3.00  EA     25.74       77.22
   REPLACE   OIL FIRED BOILER/COMPLETE 1.00  EA   5425.00     5425.00
   REPLACE   FURNACE CONTROLS          1.00  EA    257.40      257.40
   SPRAY SEAL FRAMING                  1.00  LS    725.00      725.00
   CLEAN+DEODORIZE                     1.00  LS    425.00      425.00
                                                  ---------------------
                               AREA SUB TOTAL:               9742.45

AREA: 26   EXTERIOR+ROOF :

   REPLACE   LARGE ALUM. STORM WINDOW 12.00  EA    128.70     1544.40
   REPLACE   ASPHALT ROOF SHINGLES    19.00  SQ    312.00     5928.00
```

```
FINAL REPORT                                                    PAGE:   12
---------------------------------------------------------------------------
    DESCRIPTION                    QTY      UNIT   U. COST   REPL COST
---------------------------------------------------------------------------
 REPLACE   4 PLY BUILT-UP ROOF      5.00     SQ     329.00     1645.00
 REPLACE   15 LB FELT              19.00     SQ      14.30      271.70
 REPLACE   ALUMINUM CHIMNEY FLASHING 2.00    EA     121.55      243.10
 REPLACE   VALLEY FLASHING         42.00     LF       5.72      240.24
 REPLACE   WOOD SHINGLE GABEL ENDS 1300.00   SF       5.90     7670.00
 REPLACE   RIGID ASBESTOS SIDING  2200.00    SF       3.58     7876.00
 PAINTING OF EXTERIOR               1.00     LS    2425.00     2425.00
                                             ------------------------------
                            AREA SUB TOTAL:                   27843.44
AREA: 27    GENERAL :

 DEMOLITION+TEAR OUT                1.00     LS    6545.00     6545.00
 ROUGH PLUMBING/HEATING             1.00     EA    2450.00     2450.00
 ELECTRICAL INSPECTION              1.00     EA      78.00       78.00
 TEMP.ELECTRICAL                    1.00     EA     365.00      365.00
 JOB SUPERVISION                    1.00     LS    2450.00     2450.00
 REPLACE   DUMPSTER CHARGE          9.00     EA     745.00     6705.00
 REPLACE   PERMITS AND FILING FEES  1.00     EA     750.00      750.00
 REPLACE   ARCHITECT/ENGINEER FEES  1.00     LS    3795.00     3795.00
 REPLACE   PORTA-POTTY              1.00     EA     269.50      269.50
                                             ------------------------------
                            AREA SUB TOTAL:                   23407.50
                                             ------------------------------
                            BUILDING TOTAL:                  264835.43
                              8.25 % TAX:                     21848.92
                             10 % OVERHEAD:                   26483.54
                             10 % PROFIT:                     29096.63
                                             ==============================
      BUILDING GRAND TOTAL:                                  342264.52


* ITEMS EXCLUDED FROM OVERHEAD AND/OR PROFIT.
& ITEMS EXCLUDED FROM OVERHEAD AND/OR PROFIT
    AND NON REPLACEMENT DEPRECIATION.
```