UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────
ROD EDDIE, PAULA EDDIE and McCLINTOCK REALTY, INC.,

                            Plaintiffs,

-against-

SCOTTSDALE INSURANCE COMPANY,

                            Defendant
───────────────────────────────────────────
Docket No. : 07-CV-3457
(WP4) (MDF) (KMK)

**NOTICE OF CROSS-MOTION**

      PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law dated April 22, 2008, Rule 56.1 Counterstatement of Facts dated April 22, 2008, Affidavit of Eli B. Basch dated April 22, 2008, and all exhibits annexed thereto, as well as upon all proceedings had herein, the Plaintiffs, Rod Eddie, Paula Eddie and McClintock Realty, Inc., will move this Court before the Honorable Kenneth M. Karas, at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, New York 10601, Chambers 533, on a date and at a time designated by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to the Plaintiffs on the grounds that the Defendant breached the terms of the insurance contract by failing and refusing to pay for the Plaintiffs' property damage incurred due to a fire loss, together with such other and further relief as this Court deems just and proper.

Dated: April 22, 2008
       Kingston, New York

                                      _____
                                      ELI B. BASCH (EB8921)
                                      BASCH & KEEGAN, LLP
                                      Attorneys for Plaintiffs
                                      307 Clinton Avenue
                                      P.O. Box 4235
                                      Kingston, New York 12402
                                      (845) 338-8884

BASCH & KEEGAN, LLP, 307 CLINTON AVENUE, P.O. BOX 4235, KINGSTON, N.Y. 12402

cc:   TRAUB, LIEBERMAN, STRAUS & SHREWSBERRY, LLP
Attorneys for Defendant
Mid Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600

BASCH & KEEGAN, LLP, 307 CLINTON AVENUE, P.O. BOX 4235, KINGSTON, N.Y. 12402